914

No. 75–304.   CONTINENTAL CASUALTY CO. v. WINSTON CORP.   C. A. 6th Cir.   Certiorari denied.

No. 75–310.   SPERRY RAND CORP. v. DEERE & CO. C. A. 9th Cir.   Certiorari denied.

No. 75–316.   BISTANY v. CALIFORNIA.   App. Dept., Super. Ct. Cal., County of Los Angeles.   Certiorari denied.

No. 75–319.   CUKROWSKI ET AL. v. MT. SINAI HOSPITAL, INC., ET AL.   Sup. Ct. Wis.   Certiorari denied.

No. 75–331.   RUFFIN ET AL. v. MERCURY RECORD PRODUCTIONS, INC., ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 75–5020.   CARTER v. LARKIN.   C. A. 5th Cir. Certiorari denied.

No. 75–5037.   SIMS v. UNITED STATES; and
No. 75–5050.   MALONE v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 75–5062.   HARRIS v. UNITED STATES;
No. 75–5080.   HARRIS v. UNITED STATES; and
No. 75–5096.   PATRICK v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 514 F. 2d 710.

No. 75–5064.   SHAD v. UNITED STATES;
No. 75–5065.   BYRD v. UNITED STATES; and
No. 75–5066.   GOBLE v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Reported below: 512 F. 2d 458.

No. 75–5067.   HERNANDEZ ET AL. v. UNITED STATES. C. A. 3d Cir.   Certiorari denied.